JAMES HUNT #221167
DAVIS CORR. FAC.
6888 E. 133 Rd.
HOLDENVILLE, OK 74848

JUNE 4, 2019

CLERK OF THE COURT          RE: NO. CIV-19-407-HE
W. DIST. OKLAHOMA
200 N.W. 4TH STREET
OKLAHOMA CITY, OK 73102

DEAR CLERK:

    ENCLOSED, PLEASE FIND MY FULL PAYMENT OF $400 FOR THE FILING FEE IN THE ABOVE-NUMBERED CASE. PLEASE COMMENCE THIS ACTION AND NOTIFY ME OF YOUR RECEIPT OF THIS FEE.

    THANK YOU, SINCERELY,

*James R. Hunt*
JAMES HUNT