# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES ROBERT HUNT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-19-407-HE |
| DR. FRED SANDERS, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

A Report and Recommendation was entered on May 30, 2019, recommending Plaintiff's amended application for leave to proceed in forma pauperis be denied. [Doc. No. 9]. Plaintiff thereafter paid the filing fee and the Court struck his amended application as moot. [Doc. No. 13]. The pending Report and Recommendation is therefore VACATED.

IT IS SO ORDERED this 11th day of July, 2019.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE