**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JAMES ROBERT HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-19-0407-HE |
| | ) |
| DR. FRED SANDERS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff alleges deliberate indifference to his Hepatitis C diagnosis, particularly in the prescription of Excedrin (which contains acetaminophen). [Doc. No. 1]. The Court recently ordered officials at the Davis Correctional Facility (DCF) to prepare a Special Report and to include "relevant institutional and medical records . . . ." [Doc. No. 14]. Plaintiff now seeks an order to supplement that report, asking specifically for medical records "including prescriptions for Excedrin for the last 5 years" and blood test results (presumably for the same period). [Doc. No. 18]. Although the Court is confident that officials would include such records, in an abundance of caution, it GRANTS Plaintiff's motion. Officials shall include *all* Plaintiff's medical records from 2014-2019 relating to his blood tests, Hepatitis C diagnosis and treatment, and Excedrin prescriptions.

The Clerk of the Court is directed to mail this Order to officials at DCF.

IT IS SO ORDERED this 30th day of July, 2019.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE