# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES ROBERT HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-19-407-J |
| | ) |
| DR. FRED SANDERS, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered in this case on this day, judgment is entered in favor of Defendants and against Plaintiff.

IT IS SO ORDERED this 23rd day of January, 2020.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE